UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| RUTH E. CURTIS, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:20-CV-30 RLM |
| | ) | |
| ANDREW M. SAUL, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation on plaintiff's appeal from the final decision of the Commissioner of Social Security [Doc. No. 21]. Accordingly, the court ADOPTS those findings and the recommendation and AFFIRMS the Commissioner's decision. The Clerk is directed to enter judgment accordingly.

SO ORDERED.

ENTERED:   February 23, 2021

/s/ Robert L. Miller, Jr.
Judge, United States District Court